**ROYAL SURPLUS LINES INSURANCE COMPANY,**
Plaintiff–Appellee,

v.

**DELTA HEALTH GROUP, INC.,**
Defendant–Appellant.

No. 06–15499.

United States Court of Appeals,
Eleventh Circuit.

Sept. 18, 2007.

Ernest J. Myers, Lee W. Marcus, Marcus, McMahon & Myers, P.L., Orlando, FL, for Defendant–Appellant.

Kathleen Johnson Maus, Julius F. Parker, III, Butler, Pappas, Weihmuller, Katz & Craig, L.L.P., Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH and BARKETT, Circuit Judges, and KORMAN,* District Judge.

PER CURIAM:

Delta Health Group, Inc. appeals the district court's order granting partial summary judgment to Royal Surplus Lines Insurance Company, and denying Delta's motion for summary judgment. We affirm on the basis of the district court's comprehensive opinion dated January 23, 2006, 2006 WL 167565, and as amended September 6, 2006.[1]

**AFFIRMED.**

---

1. Delta apparently also seeks to appeal a Magistrate Judge's protective order. However, Delta failed to timely challenge the magistrate's non-dispositive order before the

---

district court. *See* Federal Rule of Civil Procedure 72(a) (party has ten (10) days to file any objections to the magistrate judge's order). Thus, Delta waived the right to appeal this issue. *See Smith v. School Board of Orange County,* 487 F.3d 1361, 1365 (11th Cir.2007).